HUDSON COUNTY GAS CO., to Use of PUBLIC SERVICE GAS CO., v. McCOACH.

(Circuit Court of Appeals, Third Circuit. January 21, 1916.)

No. 1973.

In Error to the District Court of the United States for the Eastern District of Pennsylvania; Oliver B. Dickinson, Judge.

Action by the Hudson County Gas Company, to use of the Public Service Gas Company, against William McCoach. Judgment for defendant, and plaintiff brings error. Affirmed.

Frank Bergen, of Newark, N. J., and Morgan, Lewis & Bockius, of Philadelphia, Pa., for plaintiff in error.

Francis Fisher Kane, of Philadelphia, Pa., and Edward S. Kremp, Asst. U. S. Atty., of Reading, Pa., for defendant in error.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This case presents the same questions that were involved in the Public Service Corporation Cases decided by this court at the present term. 229 Fed. 902, —— C. C. A. ——. The reasoning upon which the decisions in those cases was based applies with equal force to the facts of this case, and compels a like decision.

The judgment below is affirmed.

McPHERSON, Circuit Judge, did not participate in the consideration and decision of this case.